UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

**Order Filed on March 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

CHRISTOPHER A. GEORGE,

     Debtor

| | |
|---|---|
| Case No.: | 15-21720 |
| Chapter: | 13 |
| Hearing Date: | n/a |
| Judge: | Christine M. Gravelle |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 28, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____700_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____700_____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

The debtor's monthly plan is modified to require a payment of $____2,360____ per month for ___39___ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:
Christopher A. George
    Debtor

Case No. 15-21720-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 28, 2017
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2017.
db         +Christopher A. George,   1686 Amanda Court,   Toms River, NJ 08753-2780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2017 at the address(es) listed below:
           Albert   Russo    docs@russotrustee.com
           Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
           Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
           Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
            PARTICIPATION TRUST dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Joel A. Ackerman    on behalf of Creditor    JPMorgan Chase Bank, National Association
            jackerman@zuckergoldberg.com
           John Philip Schneider    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
            PARTICIPATION TRUST nj.bkecf@fedphe.com
           John R. Morton, Jr.    on behalf of Creditor    Ally Financial mortonlaw.bcraig@verizon.net,
            donnal@mortoncraig.com;mhazlett@mortoncraig.com
           John R. Morton, Jr.    on behalf of Creditor    Leaders Financial Co. mortonlaw.bcraig@verizon.net,
            donnal@mortoncraig.com;mhazlett@mortoncraig.com
           Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
            LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
           Steven K. Eisenberg    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
            Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact
            bkecf@sterneisenberg.com,
            jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
           Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
            PARTICIPATION TRUST skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
           William H. Oliver, Jr.    on behalf of Debtor Christopher A. George bkwoliver@aol.com
                                                                               TOTAL: 12