Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15–21720–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher A. George
   1686 Amanda Court
   Toms River, NJ 08753

Social Security No.:
   xxx–xx–7118

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 5/3/17 at 09:00 AM

to consider and act upon the following:

*96* – Creditor's Certification of Default (related document:60 Motion for Relief from Stay re: 2005 Ford E350. Fee Amount &#036 176. filed by Creditor Leaders Financial Co.) filed by John R. Morton Jr. on behalf of Leaders Financial Co.. Objection deadline is 05/1/2017. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

Dated: 4/19/17

                       Jeanne Naughton
                       Clerk, U.S. Bankruptcy Court