UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
44056
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Leaders Financial Co.

Order Filed on May 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CHRISTOPHER A. GEORGE

Case No.: 15-21720(CMG)

Chapter 13

Hearing Date: 5-1-17

Judge: CMG

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 30, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Christopher A. George**
**15-21720(CMG)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Leaders Financial Co., with the appearance of William Oliver, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Leaders Financial Co. is the holder of a first purchase money security interest encumbering a 2005 FORD E350 VAN bearing vehicle identification number 1FBNE31L05HA64828 (hereinafter the "vehicle").

2. The debtor shall pay all past due payments to Leaders so that the loan encumbering the vehicle is current through and including the May 2017 payment by 5-31-17. If the debtor fails to bring the loan current by 5-31-17 Leaders Financial Co. shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

3. After bringing the loan current, the debtor shall make all retail installment contract payments to Leaders Financial Co. when due, being the 6th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Leaders Financial Co. shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Leaders Financial Co. shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

5. The debtor shall pay to Leaders Financial Co. through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.