Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 15−21720−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Christopher A. George
  1686 Amanda Court
  Toms River, NJ 08753

Social Security No.:
  xxx−xx−7118

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/16/17 at 09:00 AM

to consider and act upon the following:

*106* − Creditor's Certification of Default (related document:60 Motion for Relief from Stay re: 2005 Ford E350. Fee Amount &#036 176. filed by Creditor Leaders Financial Co.) filed by John R. Morton Jr. on behalf of Leaders Financial Co.. Objection deadline is 08/1/2017. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

*107* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 8/4/2017. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 7/24/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-21720-CMG
Christopher A. George                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 24, 2017
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2017.
db            +Christopher A. George,    1686 Amanda Court,    Toms River, NJ 08753-2780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2017 at the address(es) listed below:
      Albert     Russo    docs@russotrustee.com
      Albert     Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert     Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
       PARTICIPATION TRUST nj.bkecf@fedphe.com
      Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
       PARTICIPATION TRUST dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Joel A. Ackerman    on behalf of Creditor    JPMorgan Chase Bank, National Association
       jackerman@zuckergoldberg.com
      John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
       mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
      John R. Morton, Jr.    on behalf of Creditor    Leaders Financial Co. ecfmail@mortoncraig.com,
       mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
      Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
       LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
      Steven K. Eisenberg    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
       Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact
       bkecf@sterneisenberg.com,
       jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
      Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
       PARTICIPATION TRUST skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
      William H. Oliver, Jr.    on behalf of Debtor Christopher A. George bkwoliver@aol.com,
       r59915@notify.bestcase.com
                                                                                       TOTAL: 12