Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  15−21720−CMG
          Chapter:  13
          Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher A. George
   1686 Amanda Court
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−7118

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/16/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 16, 2017
JAN: bwj

                                                                           Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-21720-CMG
Christopher A. George                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 2              Date Rcvd: Aug 16, 2017
                                  Form ID: 148             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
```
db            +Christopher A. George,    1686 Amanda Court,    Toms River, NJ 08753-2780
lm            +JP Morgan Chase,    PO Box 24696,    Columbus, OH 43224-0696
cr            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515581653     +Brian Shanley,    2110 Orien Road,    Toms River, NJ 08755-1365
515802033      CATERPILLAR FINANCIAL SERVICES CORPORATION,    PO BOX 340001,    NASHVILLE, TN  37203-0001
515740618     +Dex Media,    Attn: Acct Receivable Dept.,    PO Box 619009,    DFW Airport, TX 75261-9009
515581657     +Diane Barber,    6 Serendipity Drive,    Jackson NJ 08527-4362
515806476     +ETrade Bank,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
515581660      JP Morgan,    C/O Zuker, Goldberg & Ackerman, LLC,    Mountainside, NJ 07092
515581661     +LE-Ed Concrete & Supply,    C/O Nord and Demaio,    228 Main Street,    Toms River, NJ 08753-7417
515740617     +Robert DiMaggio,    109 Midstream Place,    Lincroft, NJ 07738-1418
515657374     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
               Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
515581663      State of New Jersey,    Department of Treasury,    P. O. Box 002,    Trenton, NJ 08625-0002
515581664      State of New Jersey,    Division of Taxation,    50 Barrack Street,    Trenton, NJ 08646-0269
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 16 2017 23:17:58     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 16 2017 23:17:55     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr             EDI: IRS.COM Aug 16 2017 23:04:00     Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA  19101-7346
515611144      EDI: GMACFS.COM Aug 16 2017 23:03:00     Ally Financial,    PO Box 130424,
               Roseville, MN 55113-0004
515581652     +EDI: GMACFS.COM Aug 16 2017 23:03:00     Ally Financial,    200 Renaissance Ctr,
               Detroit, MI 48243-1300
515581654      EDI: CAPITALONE.COM Aug 16 2017 23:03:00     Capital One Bank Usa N,    15000 Capital One Dr,
               Richmond, VA 23238
515581656     +EDI: WFNNB.COM Aug 16 2017 23:03:00     Comenitycapital/Lndclb,    3100 Easton Square Pl,
               Columbus, OH 43219-6232
515581659     +E-mail/Text: ebnsterling@weltman.com Aug 16 2017 23:17:45     Jared-Galleria Of Jwlr,
               375 Ghent Rd,    Fairlawn, OH 44333-4601
515701458     +E-mail/Text: jgoley@leadersfc.com Aug 16 2017 23:17:44     Leaders Financial Company,
               21 Commerce Drive,    Cranford, NJ 07016-3519
515581662     +E-mail/Text: jgoley@leadersfc.com Aug 16 2017 23:17:45     Leaders Financial Company,
               21 Commerce Drive Fl 1,    Cranford, NJ 07016-3519
516928813      EDI: PRA.COM Aug 16 2017 23:03:00     Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541
516928814      EDI: PRA.COM Aug 16 2017 23:03:00     Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
515705990      EDI: Q3G.COM Aug 16 2017 23:04:00     Quantum3 Group LLC as agent for,    Comenity Capital Bank,
               PO Box 788,    Kirkland, WA 98083-0788
515581665     +E-mail/Text: BKRMailOps@weltman.com Aug 16 2017 23:18:02     Stearns Bank,
               C/O Weltman Weinberg & Reis Co., LPA,    325 Chestnut Street Ste 501,
               Philadelphia, PA 19106-2605
515638050     +E-mail/Text: ecf@buckleyking.com Aug 16 2017 23:17:15     Sterling Jewelers, Inc.,
               dba Jared The Galleria of Jewelry,    c/o Buckley King LPA,
               600 Superior Avenue East, Suite 1400,    Cleveland, Ohio 44114-2693
515784838     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 16 2017 23:18:54
               U.S Bank Trust, N.A., et al,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
               Oklahoma City, OK 73134-2500
515659494      EDI: WFFC.COM Aug 16 2017 23:03:00     Wells Fargo Bank, N.A.,    PO Box 10438,
               Des Moines, IA 50306-0438
515581666     +EDI: WFFC.COM Aug 16 2017 23:03:00     Wffnatlbnk,    Po Box 94498,    Las Vegas, NV 89193-4498
                                                                                              TOTAL: 18
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515581655      Charles Allia
cr*            Ally Financial,    PO Box 130424,    Roseville, MN 55113-0004
cr*           +Leaders Financial Co.,    21 Commerce Drive,    Cranford, NJ 07016-3519
515646553*     Ally Financial,    PO Box 130424,    Roseville, MN 55113-0004
515581658*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    Special Procedures,    Bankruptcy Section,
               P.O. Box 724,    Springfield, NJ 07081)
                                                                                   TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 16, 2017
                              Form ID: 148             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:

```
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Joel A. Ackerman    on behalf of Creditor    JPMorgan Chase Bank, National Association
           jackerman@zuckergoldberg.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
          John R. Morton, Jr.    on behalf of Creditor    Leaders Financial Co. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
          Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
           LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
          Steven K. Eisenberg    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
           Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact
           bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
          William H. Oliver, Jr.    on behalf of Debtor Christopher A. George bkwoliver@aol.com,
           r59915@notify.bestcase.com
                                                                                             TOTAL: 12
```